IN THE CIRCUIT COURT OF THE SECOND JUDICIAL
CIRCUIT IN AND FOR WAKULLA COUNTY, FLORIDA

CASE NO.: 16000056CAAXMX

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, SERIES 2004-OPT1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-OPT1,
Plaintiff,
VS.
UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, SURVIVING SPOUSE, GRANTEES, ASSIGNEES, LEINORS, CREDITORS, TRUSTEES, AND ALL OTHER PARTIES CLAIMING AN INTEREST BY, THROUGH, UNDER, OR AGAINST THE ESTATE OF DEANNA IBLE A/K/A DEANNA B. IBLE A/K/A DEANNA BAKER IBLE, DECEASED; PATRICIA BELLE EDWARDS, AS TRUSTEE OF THE DEANNA BAKER IBLE LIVING TRUST; PATRICIA BELLE EDWARDS, SUCCESSOR CO-TRUSTEE OF THE DEANNA BAKER IBLE LIVING TRUST; HAYWOOD M. BALL, SUCCESSOR CO-TRUSTEE OF THE DEANNA BAKER IBLE LIVING TRUST; ISHANNA MARGUERITE IBLE; URSULA BELLE IBLE; ELIJAH PATRICK IBLE; ISAIAH IAM IBLE;
Defendant(s).
_____/

361217
RECORDED IN THE PUBLIC RECORDS OF
WAKULLA COUNTY FL,
Brent X. Thurmond Clerk of Courts
BK: 1081  PG: 195-202, Page 1 of 8 8/1/2018 2:23 PM

2018 AUG -1 AM 7:48
BRENT X. THURMOND
CLERK OF CIRCUIT COURT
WAKULLA COUNTY FLORIDA
FILED AT TIME & DATE NOTED

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court. On the evidence presented,

IT IS ADJUDGED that:

1. Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR

   CITIGROUP MORTGAGE LOAN TRUST, SERIES 2004-OPT1, ASSET BACKED

1221-13990B
16000056CAAXMX

**EXHIBIT 2**

PASS-THROUGH CERTIFICATES, SERIES 2004-OPT1, whose address is, Attention:

Vault Department, 5720 Premier Park Drive, West Palm Beach, FL- 33407, is due:

| | |
|---|---:|
| Principal | $144,686.36 |
| Interest from 08/01/2015 through 07/31/2018 | $30,340.80 |
| Escrow Advance | $20,121.26 |
| Pre-acceleration Late Charges | $344.45 |
| Exterior Inspection | $29.00 |
| Maintenance | $5,070.02 |
| Property Inspection | $289.50 |
| Property Valuation/ BPO | $220.00 |
| Title Report | $300.00 |
| Attorney's fees | $9,614.75 |

**$2,800.00**   Flat Rate Fee on behalf of Plaintiff for the prosecution of this action.
**$4,664.75**   Additional Attorney Fees for the prosecution of this action
**$2,150.00**   Attorney hourly rate of $215.00 for 10 hours for the preparation and attendance at the Non- Jury Trial scheduled for **July 31, 2018.**

| | |
|---|---:|
| Court costs | $4,716.38 |
| Death Certificate | $90.00 |
| Complaint Filing | $905.00 |
| Florida eFiling Service Fee | $3.00 |
| Lis Pendens | $5.00 |
| Complaint - Additional Cost per Defendant | $2.50 |
| Complaint - Issue Summons | $40.00 |
| Mobile Home Costs | $75.00 |
| Service of Process | $634.80 |
| Publication for Service | $220.55 |
| Guardian Ad Litem | $500.00 |
| First Class Mail | $59.82 |
| Florida eFiling Service Fee | $5.00 |
| Complaint - Issue Summons | $55.00 |
| Service of Process 5/17 | $1,880.20 |
| Publication | $240.51 |
| **TOTAL** | **$215,732.52** |

That shall bear interest at the rate of <u>5.97</u>% a year.

2. Plaintiff holds a lien for the total sum superior to all claims or estates of Defendant(s), UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, SURVIVING SPOUSE, GRANTEES, ASSIGNEES, LEINORS, CREDITORS, TRUSTEES, AND ALL OTHER PARTIES CLAIMING AN INTEREST BY, THROUGH, UNDER, OR AGAINST THE

ESTATE OF DEANNA IBLE A/K/A DEANNA B. IBLE A/K/A DEANNA BAKER IBLE, DECEASED; PATRICIA BELLE EDWARDS, AS TRUSTEE OF THE DEANNA BAKER IBLE LIVING TRUST; PATRICIA BELLE EDWARDS, SUCCESSOR CO-TRUSTEE OF THE DEANNA BAKER IBLE LIVING TRUST; HAYWOOD M. BALL, SUCCESSOR CO-TRUSTEE OF THE DEANNA BAKER IBLE LIVING TRUST; ISHANNA MARGUERITE IBLE; URSULA BELLE IBLE; ELIJAH PATRICK IBLE; ISAIAH IAM IBLE; on the following described property in Wakulla County, Florida and described as:

**COMMENCE AT THE NORTHEAST CORNER OF LOT 115 OF HARTSFIELD SURVEY OF LANDS IN WAKULLA COUNTY, FLORIDA, AND RUN SOUTH 72° 41' 25" WEST 2,695.33 FEET, THENCE RUN SOUTH 00° 48' EAST 2,640.27 FEET, THENCE RUN SOUTH 64°11' EAST 683.35 FEET, THENCE RUN NORTH 47°36' EAST 217.91 FEET, THENCE RUN SOUTH 42°32' EAST 416.92 FEET, THENCE RUN SOUTH 27°52' EAST 172.65 FEET, THENCE RUN SOUTH 87°27' EAST 80.12 FEET, THENCE RUN SOUTH 61°13'25" WEST 318.60**

**FEET, THENCE RUN SOUTH 18°14'56" EAST 200.37 FEET, AND THENCE RUN SOUTH 17°00'56" EAST 217.83 FEET TO THE POINT OF BEGINNING. FROM SAID POINT OF BEGINNING, RUN SOUTH 74°15' WEST 405.00 FEET TO THE EAST BANK OF LOG CREEK, THENCE RUN SOUTH 22°53'36" WEST 53.95 FEET ALONG THE EAST BANK OF SAID LOG CREEK, THENCE RUN NORTH 84°27'53" EAST 446.23 FEET, AND THENCE**

**RUN NORTH 16°01'03" WEST TO THE POINT OF BEGINNING, CONTAINING 0.85 ACRES, MORE OR LESS, IN LOT 115 OF HARTSFIELD SURVEY OF LANDS IN WAKULLA COUNTY, FLORIDA.**

**PROPERTY ADDRESS: 107 STUART COVE ROAD, CRAWFORDVILLE, FL 32327**

3. If the total sum with interest at the rate described in Paragraph 1 and all costs accrued subsequent to the Judgment are not paid, the Clerk of this Court shall sell the property at public sale on the 13TH day of September, 2018, to the highest bidder for cash, except as prescribed in Paragraph 4, at the courthouse located at the courthouse located at

1221-13990B
16000056CAAXMX

3056 Crawfordville Highway, , Crawfordville, FL 32327 in Wakulla County, Florida, in accordance with section 45.031, Florida Statutes, using the following method:

- At the Wakulla Courthouse, 3056 Crawfordville Highway, Crawfordville, FL 32327 beginning at 11:00 AM on the prescribed date.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale, provided however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the Certificate of Title. If Plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

5. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the Certificate; third, Plaintiff's attorney's fees; fourth, the total sum due to plaintiff, less the item paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

6. If applicable, Plaintiff, its successors or assigns, is entitled to safe harbor under F.S. 720 or 718, respectively, and as such is only responsible to pay 1% of the subject mortgage or one (1) year of regular periodic assessments, at the time Certificate of Title is issued vesting title to Plaintiff, its successors or assigns. Plaintiff, including its successors and assigns, is not responsible for interest, late fees, collection costs or attorney's fees incurred prior to the issuance of the certificate of title.

7. On filing of the Certificate of Sale, Defendant(s) and all persons claiming under or against Defendant(s) since the filing of the notice of Lis Pendens shall be foreclosed of

1221-13990B
16000056CAAXMX

all estate or claim in property, except as to claims or rights under chapter 718 or chapter 720, Florida Statues, if any. Upon the filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property.

8. *The Plaintiff may assign the Judgment and credit bid by the filing of an assignment prior to the issuance of the Certificate of Title without further order of the Court.*

9. *Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, a deficiency judgment, and orders relating to supplemental proceedings to address any omitted parties who may possess an interest in the property. Jurisdiction of this action is further retained to allow Plaintiff to file post-judgment motions seeking a determination on the amounts of assessments due to any Associations under §718.116 and §720.3085, Fla. Stat.*

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**

**IF YOU ARE SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT FOR YOUR COUNTY WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

| Franklin County Clerk of Court | Gadsden County Clerk of Court | Jefferson County Clerk of Court |
|---|---|---|
| 33 Market Street, Suite 203 Apalachicola, FL 32320 (850) 653-8861 | 10 E. Jefferson, Room 108 Quincy, FL 32351 (850) 875-8621 | 1 Courthouse Circle, Room 10 Monticello, FL 32344 (850) 342-0218 |

1221-13990B
16000056CAAXMX

| | | |
|---|---|---|
| www.franklinclerk.com | www.clerk.co.gadsden.fl.us | www.jeffersonclerk.com |
| **Leon County Clerk of Court** | **Liberty County Clerk of Court** | **Wakulla County Clerk of Court** |
| 301 S. Monroe St, Room 100<br>Tallahassee, FL 32301<br>(850) 577-4170<br>www.clerk.leon.fl.us | P.O. Box 399<br>Bristol, FL 32321<br>(850) 643-2215<br>www.libertyclerk.com | 318 Shadeville Road<br>Crawfordville, FL 32327<br>(850) 926-0905<br>www.wakullaclerk.com |

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LOCAL LEGAL SERVICES LISTED BELOW TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT ONE OF THE SERVICES LISTED BELOW, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

| **Franklin County** | **Gadsden County** | **Jefferson County** |
|---|---|---|
| **Florida Institutional Legal Services, Inc.**<br>Gainesville, FL<br>(352) 375-2494<br>fils@bellsouth.net<br>**Florida Justice Institute**<br>Miami, FL<br>(305) 358-2081<br>**Legal Services of North Florida, Inc.**<br>Tallahassee, FL<br>(850) 385-9007<br>www.lsnf.org | **Florida Institutional Legal Services, Inc.**<br>Gainesville, FL<br>(352) 375-2494<br>fils@bellsouth.net<br>**Florida Justice Institute**<br>Miami, FL<br>(305) 358-2081<br>**Legal Services of North Florida, Inc.**<br>Quincy, FL<br>(850) 875-9881<br>www.lsnf.org | **Florida Institutional Legal Services, Inc.**<br>Gainesville, FL<br>(352) 375-2494<br>fils@bellsouth.net<br>**Florida Justice Institute**<br>Miami, FL<br>(305) 358-2081<br>**Legal Services of North Florida, Inc.**<br>Tallahassee, FL<br>(850) 385-9007<br>www.lsnf.org |
| **Leon County** | **Liberty County** | **Wakulla County** |
| **Florida Institutional Legal Services, Inc.**<br>Gainesville, FL<br>(352) 375-2494<br>fils@bellsouth.net<br>**Florida Justice Institute**<br>Miami, FL<br>(305) 358-2081 | **Florida Institutional Legal Services, Inc.**<br>Gainesville, FL<br>(352) 375-2494<br>fils@bellsouth.net<br>**Florida Justice Institute**<br>Miami, FL<br>(305) 358-2081 | **Florida Institutional Legal Services, Inc.**<br>Gainesville, FL<br>(352) 375-2494<br>fils@bellsouth.net<br>**Florida Justice Institute**<br>Miami, FL<br>(305) 358-2081 |

1221-13990B
16000056CAAXMX

| Legal Aid Foundation of the Tallahassee Bar Association, Inc. Tallahassee, FL (850) 222-3004 Legal Services of North Florida, Inc. Tallahassee, FL (850) 385-9007 www.lsnf.org | Legal Services of North Florida, Inc. Quincy, FL (850) 875-9881 www.lsnf.org | Legal Services of North Florida, Inc. Tallahassee, FL (850) 385-9007 www.lsnf.org |
|---|---|---|

**DONE AND ORDERED** in Wakulla County, Florida, this 31st day of July, 2018.

_____
Circuit Court Judge

**Service List:**
**ALDRIDGE | PITE, LLP**
Attorney for Plaintiff
1615 South Congress Avenue, Suite 200
Delray, FL 33445
Primary E-Mail: ServiceMail@aldridgepite.com

Ishanna Marguerite Ible
1 School St. Apt. 2
Dover, New Hampshire 03820
ishanna@theible.com

Haywood M. Ball, Esq.
Haywood M. Ball, P.A.
*Attorney for Defendants Patricia Belle Edwards, As Trustee of the Deanna Baker Ible Lving Trust, Haywood N. Ball and Patricia Belle Edwards, As Successor Co-Trustees Of The Deanna Baker Ible Living Trust*
341 West Forsyth Street
Jacksonville, FL 32202
hmb@hballlaw.com / JHeisecruz@hballlaw.com

1221-13990B
16000056CAAXMX

Unknown Heirs, Beneficiaries, Devisees, Surviving Spouse, Grantees,
Assignees, Leinors, Creditors, Trustees, And All Other Parties Claiming An Interest By,
Through, Under, Or Against The Estate Of Deanna Ible A/K/A Deanna B. Ible A/K/A Deanna
Baker Ible, Deceased
107 Stuart Cove Road
Crawfordville, FL 32327

Elijah Patrick Ible
1805 High Court
Tallahassee, FL 32304

Ursula Belle Ible
2001 Old St. Augustine Road, #F308
Tallahassee, FL 32301

Ursula Belle Ible
107 Stuart Cove Road
Crawfordville, FL 32327

Isaiah Iam Ible
3606 Shoreline Drive
Tallahassee, FL 32305

Isaiah Iam Ible
107 Stuart Cove Road
Crawfordville, FL 32327

1221-13990B
16000056CAAXMX