IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ISHANNA IBLE,**

    *Plaintiff*,

v.                             Case No.: 4:21cv15-MW/MAF

**WELLS FARGO BANK, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 31, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 34. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 31, is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant Wells Fargo Bank's motion to dismiss, ECF No. 23, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are dismissed with prejudice for lack of subject matter jurisdiction and for failure to state a claim." Plaintiff's motion to commence a class action is

**DENIED as moot**, and the Clerk shall close the file.

    **SO ORDERED on April 22, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
