UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISHANNA IBLE

       v.                                   CASE NO.: 4:21-cv-25-MW-MAF

WELLS FARGO BANK NATIONAL
ASSOCIATION, et al.

## JUDGMENT

Plaintiff's claims are dismissed with prejudice for lack of subject matter jurisdiction and for failure to state a claim.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

4/22/2021                         s/ Chip Epperson
DATE                              Deputy Clerk